IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DAVID ANTOINE LUSTER, | : | |
| Petitioner | : | |
| v. | : | CASE NO. 5:05-CV-200 (HL) |
| | : | 28 U.S.C. § 2255 |
| UNITED STATES OF AMERICA, | : | CASE NO. 5:03-CR-52 (HL) |
| Respondent | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 63) filed December 27, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the petitioner to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 7th day of February, 2006.

s/ Hugh Lawson
**HUGH LAWSON, Judge**
**United States District Court**